UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF: LARRY D and GWENDERLYN B OATES
CASE NUMBER: 05-00473-8-RDD

REPORT ON UNCLAIMED DIVIDENDS

    The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the court,

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, said checks being as follows

<u>NAME AND LAST KNOWN ADDRESS</u>      <u>AMOUNT OF DIVIDEND</u>

                                                                               15.48

OSI COLLECTION SERVICES INC
PO BOX 4907
TRENTON, NJ 08650-4907

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful; WHEREFORE, the undersigned Trustee desires to pay into the court said unclaimed dividends pursuant to 11USC 347

DATED: December 7, 2009

                                                                     S/ ROBERT R BROWNING
                                                                       CHAPTER 13 TRUSTEE